Judge McMahon

11 CIV 9336

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

THE NEW YORK TIMES COMPANY,
CHARLIE SAVAGE, and SCOTT SHANE,

                Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF
JUSTICE,

                Defendant.

COMPLAINT

No. _____

ECF CASE

RECEIVED DEC 20 2011 U.S.D.C. S.D.N.Y. CASHIERS

---------------------------------------------------------X

### STATEMENT PURSUANT TO FRCP RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, NY
       December 20, 2011

By: _____

David McCraw (DM7708)
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-4031
Fax: (212) 556-1009
mccraw@nytimes.com

20432