UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
THE NEW YORK TIMES COMPANY,
CHARLIE SAVAGE, and SCOTT SHANE,

          Plaintiffs,

          v.

UNITED STATES DEPARTMENT OF
JUSTICE,

          Defendant.
------------------------------------------------------------ x

11 Civ. 9336 (CM)

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
          January 13, 2012

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By:   /s/ Sarah S. Normand
      SARAH S. NORMAND
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York  10007
      Telephone: 212.637.2709
      Fax: 212.637.2702
      E-mail: sarah.normand@usdoj.gov