


**The New York Times Company**

September 21, 2012

David McCraw
Vice President and
Assistant General Counsel

620 8th Avenue
New York, NY 10018

tel 212.556-4031
fax 212.556-4634

**MEMO ENDORSED**

9/21/2012
Excellent idea — we have been reading the decision carefully

**VIA FACSIMILE**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1350
New York, NY 10007

Re: New York Times v. U.S. Dept. of Justice (11 Civ. 9336 (CM))

Dear Judge McMahon:

I write on behalf of both Plaintiffs and Defendant in the above-referenced action to call the Court's attention to the Second Circuit's decision this week in *Brennan Center for Justice v. U.S. Department of Justice* (Docket No. 11-4599, decided September 19, 2012). The District Court's decision in *Brennan* was discussed substantively by both sides in their summary judgment memoranda of law. *Brennan* deals with Exemption 5 of the Freedom of Information Act and the doctrine of express adoption and incorporation by reference.

Given the Second Circuit's detailed discussion of the applicable law, Plaintiffs and Defendant respectfully ask for permission to submit on or before October 1, 2012 three-page letters discussing the significance of the new decision for the pending summary judgment motions.

Respectfully submitted,

David McCraw

cc: Sarah S. Normand, AUSA (by email)
Eric A. O. Ruzicka, Esq. (by email)

#53888