UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES CO., CHARLIE SAVAGE, AND SCOTT SHANE,

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

11   Civ. 9336   (CM ) ( )

- against -

NOTICE OF APPEAL
IN A CIVIL CASE

U.S. DEPARTMENT OF JUSTICE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that THE NEW YORK TIMES CO., CHARLIE SAVAGE, AND SCOTT SHANE
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment granting summary judgment to defendant and denying summary judgment to plaintiffs.

*(describe the judgment)*

entered in this action on the 24th day of January, 2013.
*(date)*   *(month)*   *(year)*

_____
Signature

New York Times Legal Dept., 620 8th Ave.
*Address*

New York, NY 10018
*City, State & Zip Code*

DATED: January  31, 2013

(212) 556 - 4031
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*