



**David McCraw**
Vice President and
Assistant General Counsel

620 8th Avenue
New York, NY 10018

tel 212.556-4031
fax 212.556-4634
mccraw@nytimes.com

May 3, 2013



**VIA FACSIMILE**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1350
New York, NY 10007

**MEMO ENDORSED**

Application granted.
[signature]
5/3/13

Re:   New York Times v. U.S. Dept. of Justice (11 Civ. 9336 (CM))

Dear Judge McMahon:

I write on behalf of plaintiffs The New York Times, Charlie Savage, and Scott Shane (together, "The Times") in the above-reference matter, which is now on appeal in the Second Circuit Court of Appeals under the Docket Number 13-422.

It has come to The Times's attention that Exhibit L of the Declaration of Nabiha Syed, Docket No. 21 ("Syed Declaration"), was inadvertently left out of The Times's filing in the District Court. The Times respectfully seeks the Court's permission to file a corrected version of the Syed Declaration in order to perfect the record for the purposes of the on-going appeal. All parties have consented to this request.

Respectfully submitted,

[signature]

David McCraw

cc:   Sarah S. Normand, AUSA (by email)
      Eric A. O. Ruzicka, Esq. (by email)

#55295v1